■ In the Matter of ANDREW R. SABOL et al., Respondents, v PAULA G. IANNELLO, Appellant. [42 NYS3d 891]—Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered September 22, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioners visitation with the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.

■ In the Matter of CHARITY M., a Child Alleged to be Abused. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WARREN M., Appellant, et al., Respondent. In the Matter of KORDELL S., a Child Alleged to be Abused. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WARREN M., Appellant, et al., Respondent. In the Matter of TEMPERANCE M., a Child Alleged to be Abused. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WARREN M., Appellant, et al., Respondent. In the Matter of KYRA T., a Child Alleged to be Abused. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WARREN M., Appellant, et al., Respondent. (Appeal No. 1.) [42 NYS3d 892]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered November 17, 2014 in proceedings pursuant to Family Court Act article 10. The order, among other things, adjudged that Kordell S. is an abused child and Charity M., Temperance M., and Kyra T. are derivatively abused children.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Lisa E. [appeal No. 1], 207 AD2d 983, 983 [1994]). Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.